[Dkt. Nos. 13, 14, 19, 23]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SEA BOX, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE VALSPAR CORPORATION, <br><br> Defendant. | Civil No. 13-00853 (RMB/AMD) <br><br> **ORDER** |

THIS MATTER coming before the Court upon Defendant's motion for a transfer of venue and three motions to seal related documents [Dkt. Nos. 13, 14, 19, 23]; and the Court having considered all moving, opposition, and reply papers as well as all accompanying materials; and

FOR THE REASONS set forth in the accompanying Opinion;

IT IS on this **31st** day of **July 2013**, hereby

**ORDERED** that Defendant's motion to transfer is **GRANTED** and the Clerk of the Court is directed to transfer this matter to the United States District Court for the District of Minnesota; and it is further

**ORDERED** that the parties' motions to seal certain documents submitted in support of and opposition to the motion to transfer are **GRANTED**; and it is further

**ORDERED** that the accompanying Opinion be filed under seal and that the parties submit a joint proposed redacted form of the accompanying Opinion within fourteen (14) days; and it is further

**ORDERED** that the Clerk of the Court shall close the file in this matter.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE